The People of the State of New York, Respondent, 
against
Kavon Marshall, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered March 21, 2016, convicting him, upon a purported plea of guilty, of violating Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered March 21, 2016, reversed, on the law, accusatory instrument dismissed, and fine, if paid, remitted. 
As the People concede, the accusatory instrument must be dismissed as jurisdictionally defective, since the allegations were insufficient to meet the "public place" element of disorderly conduct (Penal Law §§ 240.20[3]; 240.00[1]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur 
Decision Date: May 12, 2017